**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


Rounds,

       **Plaintiff,**

        **V.**

Koch, et al.,

       **Defendants,**

**CIVIL ACTION**

**NO. 18-40066-TSH**


## ORDER OF DISMISSAL

**Hillman, D. J.**

    **In accordance with the Court's Order dated 6/27/18, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**


                  **By the Court,**


    **6/27/18**                   **/s/ Martin Castles**
      **Date**                      **Deputy Clerk**