# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

August 31, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Irving F. Rounds, Jr.
           v. Charles Koch, et al.
           No. 20-248
           (Your No. 19-1094)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 24, 2020 and placed on the docket August 31, 2020 as No. 20-248.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst